**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 08-6325-M |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Blas Chavez-Ortega, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This Court has received and considered Defendant's Motion To Extend Time To Indict, Dkt #10. The Motion will be denied for failing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B) to obtain an extension of time to indict. See, United States v. Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000).

      DATED this 12th day of November, 2008.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge